IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MCCANDLESS HOTEL OWNERSHIP, LLC,<br><br>　　　　Defendant. | Case No. 2:23-cv-00153-MJH |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Christopher Niles hereby voluntarily dismisses without prejudice his claims against Defendant McCandless Hotel Ownership, LLC.

Dated: March 6, 2023　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ R. Bruce Carlson*
　　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　　CARLSON BROWN
　　　　　　　　　　　　　　　　　　　222 Broad St.
　　　　　　　　　　　　　　　　　　　PO Box 242
　　　　　　　　　　　　　　　　　　　Sewickley, PA 15143
　　　　　　　　　　　　　　　　　　　bcarlson@carlsonbrownlaw.com
　　　　　　　　　　　　　　　　　　　(724) 730-1753

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*